**IN THE KING COUNTY SUPERIOR COURT FOR THE STATE OF WASHINGTON**

RECEIVED

DEC 1 6 2016

BY:

0609972989

BY: Barbara Robinson as Intervenor/Trustee
Barbara Robinson

       Plaintiff,

vs.

WELLS FARGO BANK
NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE
CERTIFICATE HOLDERS OF THE
MLMI TRUST, MORTGAGE
LOAN ASSET-BACKED
CERTIFICATES, SERIES 2005
WMC2;MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.;NATIONSTAR
MORTGAGE BANK OFAMERICA;
JAY BRAY; AZTEC
FORECLOSURE CORPORATION
OF WASHINGTON

       Defendant.

**CASE NO.:**

**CIVIL ACTION**

**COMPLAINT TO QUIET
TITLE TO PROPERTY
LOCATED AT**
13540 SE 159TH PLACE
RENTON, WASHINGTON
98058

**PROPERTY LOCATION:**
13540 SE 159TH PLACE
RENTON, WA 98058
LOT 9, CEDARWOOD DIV.
VI, VOL. 217, P. 28-34

**JURY TRIAL DEMANDED**

Barbara Robinson appears as the plaintiff in this action and in the

sovereign capacity of title holder with unalienable property interests,

residing at 13540 SE 159TH PLACE RENTON, WA. 98058,

complaining against defendants and all of the world, appears and states

as follows:

Page 1 of 28

1.  Plaintiff is at all times here mentioned the bona fide title holder and secured party of the property in this action, accurately described as 13540 SE 159TH PLACE RENTON, WA 98058.

2.  Plaintiff's claim to the ownership of the said property is found in the annexed deed presented herein as exhibit A.

3.  The said property and land is identified on the tax map of City of, in King County, commonly known as LOT 9, CEDARWOOD DIV. VI, VOL. 217, P. 28-34

## PARTIES TO THE ACTION

4.  Upon information and belief defendant WELLS FARGO BANK, N.A. may be a foreign corporation doing business in the State of WASHINGTON. Plaintiff is unsure if it is authorized to do business in the STATE OF WASHINGTON, but hopes to factually verify that presumption at trial.

5.  Upon information and belief defendant NATIONSTAR MORTGAGE, may be a foreign corporation doing business in the State of WASHINGTON. Plaintiff is unsure if it is authorized to

1  do business in the State of WASHINGTON, but hopes to factually
2
3  verify that presumption at trial.

4  6. Upon information and belief defendant MORTGAGE
5
6  ELECTRONIC REGISTRATIONS SYSTEMS INC., may be a
7
8  foreign corporation doing business in the State of
9  WASHINGTON. Plaintiff is unsure if it authorized to do business
10
11  in the State of WASHINGTON, but hopes to factually verify that
12  presumption at trial.
13
14  7. Upon information and belief defendant JAY BRAY may be a
15
16  foreign corporation doing business in the State of
17  WASHINGTON. Plaintiff is unsure if it authorized to do business
18
19  in the State of WASHINGTON, but hopes to factually verify that
20  presumption at trial.
21
22  8. Upon information and belief defendant AZTEC FORECLOSURE
23
24  CORPORATION OF WASHINGTON may be a foreign
25  corporation doing business in the State of WASHINGTON.
26
27  Plaintiff is unsure if it authorized to do business in the State of
28

WASHINGTON, but hopes to factually verify that presumption at trial.

## FIRST CAUSE OF ACTION

9. Plaintiff repeats and re-alleges the preceding paragraphs one through eight and incorporates them herein as if fully reproduced and functioning in real time.

## VENUE AND JURISDICTION

10. Plaintiff repeats and re-alleges the preceding paragraphs one through nine and incorporates them herein as if fully reproduced and functioning in real time.

11. Venue is proper in this County as all defendants can be found in this county.

12. Pursuant to the Seventh Amendment of the United States Constitution, this action is brought within the common law venue of Article 3 JUDICIAL COMPETENCY AND CONSTITUTIONALITY, and as such, ONLY WHEN this Court is sitting with a duly convened Jury of our peers have jurisdiction to hear and reaffirm the inalienability of named constitutional rights and causes asserted in this complaint.

## SECOND CAUSE OF ACTION

13. Quiet Title to property named in this action, Fraudulent/Unconscionable bargain, Fraud in factum, Fraud in the Concealment, Fraud in the Inducement, Intentional Infliction of Emotional Stress, Asserting claims to the title of property in this action by false pretenses and in violation of the constitution as found in Article 6, Section 6, & ARTICLE 1, SECTION 10, CLAUSE 1, PUBLIC LAW Ch. 48, 48 Stat. 112, slander of title,

malicious dispossession of private property, Declaratory Relief,

Violations of TILA, Violations of RESPA, RESCISSION,

Deceptive Bargaining & Fiduciary Malfeasance, Deceptive trade

practices.

14. Plaintiff repeats and re-alleges the preceding paragraphs and

incorporates them herein as if fully reproduced and functioning in

real time.

## **BRIEF BACKGROUND OF SECURITIZATION**

15. This is an action brought by Plaintiff for declaratory judgment,

injunctive and equitable relief, and for compensatory, special,

general and punitive damages.

16. Plaintiff, in her capacity as the lawful homeowner hereby disputes

the title and ownership of the real property in question (the

"Home"), which is the subject of this action, in that the alleged

originating "mortgage lender" and others alleged to have

ownership of plaintiffs mortgage and note have unlawfully sold,

assigned and/or transferred their ownership and security interests

in the Promissory Note and Mortgage related to the property IN A SECRETIVE SECURITIZATION BARGAIN/ARRANGEMENT, and thus no longer have any cognizable legal or equitable ownership interest in plaintiffs' names and void any all claims by all named defendants.

17. Plaintiff has unalienable standing to challenge any "securitization conveyances" regarding the property in this action because they bear on their faces her legally protected name and proprietary interests that cannot be denied.

18. Additionally plaintiff brings causes of action against all named defendants for artifice, fraud, intentional infliction of emotional stress, rescission, declaratory relief and violations of the United States Constitution, laws of the United States, and settled principles of law as decreed by the United States Supreme Court, as found in, Article 6, Sections 6, & ARTICLE 1, SECTION 10, CLAUSE 1, **PUBLIC LAW Ch. 48, 48 Stat. 112,** upon the facts and circumstances surrounding Plaintiffs original security instrument which created the alleged loan defendants have falsely

attempted to collect by ignoring the mandate found in ARTICLE 1, SECTION 10, CLAUSE 1 of the United States Constitution.

19. Defendants' violations of these laws are additional reasons this Court should quiet title in Plaintiff's property and award damages, rescission, declaratory judgment, and injunctive relief as requested below.

20. Plaintiff is further informed and believe and based thereon allege that the acts and conduct herein alleged of each such Defendant were known to, authorized by, and/or ratified by the other Defendants, and each of them.

21. Plaintiff is informed and believe and thereon allege that at all times herein mentioned, that each of the defendants were the agents, employees, partners, joint ventures, co-conspirators, successors or predecessors in interests, owners, principals, and employers of the remaining defendants, and in doing the things hereinafter alleged, were acting within the course and scope of such agency, partnership, employment, ownership, join venture and/or conspiracy.

22. Whenever in this Complaint an act or omission of a corporation or business entity is alleged, said allegation shall be deemed to mean and include an allegation that the corporation or business entity acted or omitted to act through its authorized officers, directors, agents, servants, and/or employees, acting within the course and scope of their duties, that the act or omission was authorized by corporate managerial officers or directors, and that the act or omission was ratified by the officers and directors of the corporation.

23. Upon information and belief, "Securitization" is the process whereby "mortgage loans" are turned into securities, or bonds, and sold to investors by parties participating in different capacities defined in a document known as POOLING AND SERVICING AGREEMENT.

24. Allegedly, the purpose of securitization is to provide a gigantic pool of money to parties participating in this deceptive venture who subsequently share it with other participants who will buy into the venture.

25. The loans are pooled together and then dumped inside a TAX-FREE arrangement WHICH MUST REMAIN "bankruptcy remote" more specifically known as Real Estate Investment Conduit (herein after, "REMIC").

26. In order for the REMIC TAX-FREE STATUS to be recognized by the Internal Revenue Service, the pooling parties must strictly adhere to the procedure of "selling the loans" by conveying "without recourse' wherein the party who conveys any alleged interest it held to the REMIC TRUST was forbidden from returning to assert any claims legal or equitable in the said security instrument in a process of false recoupment.

27. Upon information and belief the securitization arrangement involves a certain insurance policy known as "loss of value insurance policy" which indemnifies the parties in the event of default of any NOTES pooled into the securitized mortgage backed securities.

28. AS SUCH, they are precluded from seeking any and all alleged recoupment in a venture for which they lack the capability of

factually demonstrating any damages or harm done to their

financial book keeping RECORDS/processes which follow the

RULES OF GENERALLY ACCEPTED ACCOUNTING

PRINCIPLES ("GAAP").


## THIRD CAUSE OF ACTION

### *(PREDICATE/OVERT ACTS WITHIN THE CIVIL RICO LAWS, DECEPTIVE TRADE PRACTICES)*

29. Plaintiff repeats and re-alleges any and all preceding captions and

    paragraphs as if fully reproduced and functioning herein in real

    time.

30. Plaintiff is informed and believe and thereon allege that, at all

    times herein mentioned, defendants WELLS FARGO BANK

    NATIONAL ASSOCIATION, AS TRUSTEE FOR THE

    CERTIFICATE HOLDERS OF THE MLMI TRUST,

    MORTGAGE LOAN ASSET- BACKED CERTIFICATES,

    SERIES 2005 WMC2; MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE BANK OF AMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON, have joined together in a criminal enterprise to unlawfully slander title to the property in this action and use aggressively deceptive brigandry to cause anguish and homelessness to be visited upon plaintiff without lawful justification or bona fide claim of ownership interests.

31. Plaintiff accuses Defendant NATIONSTAR MORTGAGE, INC., of falsely claiming that it has a bona fide claim of title in the property in this action.

### (SECOND COUNT)

### (Defamation of Credit)

32. Plaintiff repeats and re alleges all paragraphs above as if fully set forth herein.

33. As a direct result of Defendants intending and then filing unfounded foreclosure lawsuits against the NAMES OF

PLAINTIFF, they have defamed, ruined and irreparably damaged plaintiff's credit as the lawsuit is a matter of the public record.

34. As a direct result of Defendants WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET- BACKED CERTIFICATES, SERIES 2005 WMC2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE BANK OF AMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON, **fraudulently** and deceptively reporting unfounded non-payment of mortgage to the various CREDIT bureaus against the NAMES OF PLAINTIFF, they have defamed, ruined and irreparably damaged plaintiff's credit worthiness as such reports are a matter of the public record.

## COUNT THREE, CONSPIRACY TO DEFRAUD

35. Plaintiff repeats and re alleges all paragraphs above as if fully set forth herein.

36. At all times material hereto, Defendants WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET- BACKED CERTIFICATES, SERIES 2005 WMC2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE BANK OF AMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON, in concert with other Co-Conspirators names in this complain agreed, between and among themselves and in combination with each other and various agents, as to each overt act in furtherance of the conspiracy and scheme, to engage in unlawful actions for a common purpose, to wit: to perpetrate a fraud upon plaintiffs as the lawful Owners of the property in this instant action.

37. At all relevant times, each Co-Conspirator committed acts, caused or directed others to commit the acts, or permitted others to commit the acts alleged in this Complaint; additionally, some of the Co-Conspirators acted as the agent for other Co-Conspirators,

and all of the Co-Conspirators acted within the scope of their

agency as if acting as the agent of another.

38. Knowing or realizing that other Co-Conspirators were engaging in

or planning to engage in unlawful conduct, each Co-Conspirator

nevertheless facilitated the commission of those unlawful acts.

**PRAYER FOR RELIEF AS PER FORGOING COUNTS**

39. **WHEREFORE,** as a result of the aforementioned reasons set

forth above in all foregoing counts plaintiff respectfully requests

the following relief:

40. Award Owner Declaratory Judgment against defendants and their

successors-in-interest, which voids/extinguishes any

claims/security interest that they purport to hold in SAID NOTE

MADE BY PLAINTIFF whether real or implied,

41. Prohibit defendants and successors-in-interest and any and all

person claiming or having any interest in the Property through

them from asserting or claiming any interest, right or title in or to

the Property, or any part thereof, adverse to the title of Owner; and,

42. Award plaintiff monetary damages from defendants and successors-in-interest in the amount of $100,000,000.00 which represents a fair assessment of the irreparable damages, caused plaintiffs through all the foregoing mentioned acts of tort committed by them and theirs.

## VIOLATIONS OF CIVIL RICO, 18 U.S.C. 1961 ET SEQ

43. Plaintiffs repeat and re allege all paragraphs above as if fully set forth herein

44. **19 USC 1962 (a): "It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, and part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise**

which is engaged in, or the activities of which affect, interstate

or foreign commerce."

45. **Defendants in this action and their agents, and successors-in-interest** have established an enterprise of which the activities affect interstate commerce pursuant to 18 USC § 1961(3)

46. **Defendants in this action and their agents, and successors-in-interest** have established an enterprise of which the activities affect interstate commerce pursuant to 18 USC § 1961 section 1958.

47. This Actions concerns violations of law pertaining to the improper and illegal drafting, execution and public recording of assignments, conveyances, transfers, sales, and foreclosure documents used to unlawfully and illegally divest Owners/plaintiffs of their lawful property.

48. As a separate count of Mail Fraud took place each and every time a fraudulent pleading, Affidavit, Fraudulent Indorsement, Promissory Note Assignment, mortgage or mortgage assignment was sent by **defendants in this action and their agents, and**

successors-in-interest through the use of the UNITED STATES mail. Likewise, any documents sent via electronic mail, as would be the case as part of a Federal action electronically filed with any Court, would constitute a separate act of wire fraud.

49. By sending fraudulent pleadings to the clerks of court, judges, attorneys, and defendants in foreclosure cases, **defendants in this action and their agents, and** successors-in-interest and Co-Conspirators in concert with other Co-Conspirators, intentionally participated in a scheme to defraud plaintiffs and others similarly situated across America.

50. A plaintiff in a RICO action must allege either an "'open-ended' pattern of racketeering activity (i.e., past criminal conduct coupled with a threat of future criminal conduct) or a 'closed-ended' pattern of racketeering activity (i.e., past criminal conduct 'extending over a substantial period of time')." **Special Purpose Accounts Receivable Co-op. Corp. v. Prime One Capital Co. L.L.C.** 202 F.Supp.2d 1339 (S.D.Fla.,2002), citing H.J. Inc., supra, 492 U.S. at 241.

## DAMAGES CAUSED PLAINTIFF BY DEFENDANTS

51. As a direct and proximate result of the complained of acts in the RICO enterprise in violation of 18 U.S.C. § 1962, of which these actions were part of executed by defendants and successors-in-interest in concert with its Co-Conspirators, Owners and their family in the instant case, as well as Millions of other similarly situated homeowners across this great nation, have suffered, and continue to suffer, damages including but not limited to the following:

52. reduction in property value;

53. severe and irreparable damage to the Owners' credit scores;

54. the facing of foreclosure litigation

55. the loss of reputation and work because of the stigma of foreclosure;

56. mental anguish, anxiety, humiliation and emotional harm.

## PRAYER FOR RELIEF

57. **WHEREFORE,** as a result of the aforementioned reasons set forth above in Count IV, violation of RICO pursuant to 18 U.S.C.A. § 1962 plaintiff respectfully requests the following relief:

58. Award Owner Declaratory Judgment against defendants and successors-in-interest, which voids/extinguishes any claims/security interest that defendants purport to hold, real or implied as claims against the property in this action.

59. Prohibit **ALL NAMED** defendants **HEREIN** and its successors-in-interest, and any and all persons claiming or having any interest in the Property through it from asserting or claiming any interest, right or title in or to the Property, or any part thereof, adverse to the title of Owners; and,

60. Award Owners monetary damages from **ALL NAMED** defendants and/or its successors-in-interest in the amount of $100,000,000.00 which represents a fair assessment of the irreparable damages caused plaintiffs through all the foregoing mentioned acts of tort committed by them and theirs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

61. The amount of such damages as to be proven at trail before a Jury.

62. Plaintiff demands a Jury trial for each and every count.

## **CERTIFICATE OF NO OTHER ACTIONS**

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of knowledge and belief further action or arbitration proceeding may be contemplated to protect & preserve the constitutional rights of affiant. Further, other than the parties set forth in this complaint, there may be other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

_Dec 12, 2016_
Date

By: _Barbara A. Robern_
Signature, All Rights Reserved

_Barbara A. Robins_
Type or Print Your Name (Plaintiff)

# JURY DEMAND

The Plaintiff demands trial by a jury on all of the issues outlined in all paragraphs contained in this complaint, pursuant to Washington Court Rules: 38 (a)(b), and 48.

Dec 12, 2016
**Date**

**By:** Barbara A. Robinson
**Signature, All Rights Reserved**

Barbara A. Robinson
**Type or Print Your Name (Plaintiff)**

1  IN THE KING COUNTY SUPERIOR COURT
2  FOR THE STATE OF WASHINGTON
   BY: Barbara Robinson as Intervenor/Trustee

3
   Barbara Robinson                          CASE NO.:
4
              Plaintiff,                     CIVIL ACTION
5
6                                            NOTICE OF LIS PENDENS

7
8  vs.

9  WELLS FARGO BANK                          PROPERTY LOCATION:
   NATIONAL ASSOCIATION, AS                  13540 SE 159TH PLACE
                                             RENTON, WA 98058
10 TRUSTEE FOR THE                           LOT 9, CEDARWOOD DIV. VI,
11 CERTIFICATE HOLDERS OF THE                VOL. 217, P. 28-34
   MLMI TRUST, MORTGAGE
12 LOAN ASSET-BACKED
13 CERTIFICATES, SERIES 2005
   WMC2;MORTGAGE                             JURY TRIAL DEMANDED
14 ELECTRONIC REGISTRATION
15 SYSTEMS, INC.; NATIONSTAR
16 MORTGAGE BANK OFAMERICA;
   JAY BRAY; AZTEC
17 FORECLOSURE CORPORATION
18 OF WASHINGTON

19            Defendants
20
21
22 **TO WHOM IT MAY CONCERN:**
23
        Notice is hereby given of the commencement and pendency of the
24
25 above-captioned Civil Action, the general objects of which are:
26
27
28

1. To quiet title to the named property in this action against all named defendants and against all the world and vest it permanently on plaintiff.

2. To obtain judgment declaration and determination that Plaintiff is the rightful holder of title to the property and that defendants-claimants herein, and each of them, be declared to have no estate, right, title or interest in said property;

3. For a judgment forever enjoining said defendants-claimants herein, and each of them, from claiming any estate, right, title or interest in the subject property;

4. The complain in the above entitled action was filed in the office of the Clerk of the Superior Court of Washington on Dec. 12      2016.

Dec 12, 2016                          By: Barbara A Robinson
Date                                      Signature, All Rights Reserved


Barbara A Robinson
Type or Print Your Name (Plaintiff)

# VERIFICATION AND CERTIFICATION

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

12/12/2016
**Date**

By: *Barbara A. Robinson*
**Signature, All Rights Reserved**

*Barbara A Robinson*
**Type or Print Your Name (Plaintiff)**

WENDY W. GREENE
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2018

Notary *Wendy W Greene*

## CERTIFICATION OF SERVICE

I certify that I served a copy of this original complaint and any accompanying pages by mailing it to the persons below by regular and certified mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

## SERVICE LIST

**NATIONSTAR MORTGAGE**
NMLS# 2119
8950 Cypress Waters Boulevard
Dallas, TX 75019

**JAY BRAY**
8950 Cypress Waters Boulevard
Dallas, TX 75019

**AZTEC FORECLOSURE CORPORATION OF WASHINGTON**
1499 SE Tech Center Place
Suite 255
Vancouver, WA 98683
DIRECT (360) 253-8017

**MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,**
1818 LIBRARY STREET,
SUITE 300
RESTON, VA 20190

**WELLS FARGO BANK, N.A**
9062 Old Annapolis Road MAC R1202-010
COLUMBIA, MD 21045

## PERSONAL ACKNOWLEDGE

STATE OF NEW JERSEY

COUNTY OF BURLINGTON

I CERTIFY THAT ON ___12/12___ 2016,

**Barbara Robinson** Personally came before me and acknowledged

inside her private religious beliefs, to my satisfaction, that, this God

Made Human Sentient Being,

(A)   Is named in and personally signed this document.

(B)   Signed, sealed and delivered this document as her private

acts and deed.

_____
Barbara Robinson All Rights Reserved, UCC 1-308
Title: defendant

WENDY W. GREENE
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2018

Notary _____

Page 28 of 28

**Robinson, Barbara Ann**
**DECLARATION IN REBUTTAL, RESCISSION, REVOCATION AND**
**EXTINGUISHMENT FOR "LOAN NUMBER: 11129867 and 0609972989"**
**"BORROWERS CERTIFICATION AND AUTHORIZATION"**

I, Robinson, Barbara Ann hereby and herein REBUT, <u>RESCIND</u>, <u>REVOKE</u>, <u>EXTINGUISH</u>, <u>CANCEL</u> all information as written, designated and exhibited on **"BORROWER'S CERTIFICATION AND AUTHORIZATION"** as attached hereto including but not limited to: signature(s), dates, Social Security Numbers in their entirety and render HUD FORM 1097 BORROWER'S CERTIFICATION AND AUTHORIZATION" **NULL AND VOID** as of the dated autographs and seals affixed hereto thereby freezing all associated bonds and trading thereof including but not limited to Trading Licenses.

This rebuttal made by I, Robinson, Barbara Ann herein takes immediate effect no later than the close of business Pacific Standard Time Zone this 12th day, of December in the year two thousand sixteen (December 12, 2016)

By _Robinson, Barbara Ann_
Robinson, Barbara Ann


King County                          )

                                     ) ss:

Washington State                     )


On December __12__ 2016 before me _Barbara Ann Robinson_, personally appeared Robinson, Barbara Ann, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.


Notary Public _Wendy W Greene_

WENDY W. GREENE
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2018



Schedule A          LOT 9

# CEDARWOOD DIVISION VI

POR SW 1/4 OF SW 1/4 , SEC 22, TWP 23 N, RGE 5 E, W.M.
AND POR SE 1/4 OF SW 1/4 , SEC 22, TWP 23 N, RGE 5 E, W.M.
KING COUNTY, WASHINGTON

SEE SHEET 3 OF 7

SCALE: 1" = 40'

LEGEND
● SET MONUMENT IN CASE
Ⓝ SEE NOTE ON SHEET 2 OF 7

JOB NO 02-151
SHEET 4 OF 7

DDES FILE NO. 2.00P0014



**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

ABDUL SIRIUS-ALI 4259028281

13540 SE 159TH PLACE
RENTON WA USA 98058

**Search number:**     2016-335-0576-8S

**Name as provided:**

Organization:     MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC (Debtor)

**Name searched:**

Organization:     MORTGAGEELECTRONICREGISTRATIONSSYSTEMS

**Lien type searched:**   All
**Lien status searched:**  All
**Search limited by:**    File Numbers Searched: 2016-334-7865-9
**Search logic used:**    Standard

**Report:**          11/30/2016 10:50:09 AM
**Through date:**    11/29/2016

**Copies:**          All

**Certification:**
The filing office certifies that the attached list (and copies, if any) is a true and exact
representation of all financing statements and non-UCC liens for the name searched, as
filed with the Department of Licensing, Uniform Commercial Code Program, as of the
through date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.



*Pat Kohler*

Pat Kohler, Director, Department of Licensing

1 of 1

Initial Financing Statement File Number: 2016-334-7865-9

Date and time filed: 11/29/2016 9:57:00 AM

Lapse date: 11/29/2021

(D)     MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC
        1818 LIBRARY STREET,, SUITE 300
        RESTON, WA  20190       USA

(D)     BRAY, JAY,
        8950 CYPRESS WATERS BOULEVARD
        COPPELL, TX  75019       USA

(D)     NATIONSTAR MORTGAGE
        8950 CYPRESS WATERS BOULEVARD
        COPPELL, TX  75019       USA

(D)     AZTEC FORECLOSURE CORPORATION OF WASHINGTON
        1499 SE TECH CENTER PLACE,, SUITE 255
        VANCOUVER, WA        USA

(S)     Robinson, Barbara, A
        13540 SE 159th Place
        Renton, WA  98058       USA

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| --- | --- | --- | --- |

Initial                          11/29/2016 9:57:00 AM 2016-334-7865-9        1

2016-335-0576-8S

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Date of Filing : 11/29/2016
Time of Filing : 09:57:00 AM
File Number  : 2016-334-7865-9
Lapse Date  : 11/29/2021

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1818 LIBRARY STREET,, SUITE 300 | RESTON | WA | 20190 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| BRAY | JAY | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8950 CYPRESS WATERS BOULEVARD | COPPELL | TX | 75019 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Robinson | Barbara | A | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 13540 SE 159th Place | Renton | WA | 98058 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

2016-335-0576-8S

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME

MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC

OR 18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

Date of Filing : 11/29/2016
Time of Filing : 09:57:00 AM
File Number   : 2016-334-7865-9
Lapse Date   : 11/29/2021

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NATIONSTAR MORTGAGE | | | |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8950 CYPRESS WATERS BOULEVARD | COPPELL | TX | 75019 | USA |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| AZTEC FORECLOSURE CORPORATION OF WASHINGTON | | | |
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1499 SE TECH CENTER PLACE,, SUITE 255 | VANCOUVER | WA | | USA |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

.

# CLAIM OF COMMERCIAL LIEN
## AGAINST, NATIONSTAR MORTGAGE, AZTEC FORECLOSURE CORPORATION, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,
### FOR ENUMERATED IRREPARABLE DAMAGES STATED HEREIN

| | | |
|---|---|---|
| Barbara Robinson; of the United States | § § § | A SECURITY (15 U.S.C.) |
| Lien Claimant | § § | Claim of Commercial Lien and Affidavit |
| V. | § § | -EXEMPLARY- |
| NATIONSTAR MORTGAGE | § | To Guarantee Bond that WILL PRESERVE THE PRIVATE |
| AZTEC FORECLOSURE CORPORATION, | § | PROPERTY RIGHTS OF |
| MORTGAGE ELECTRONIC | § | LIEN CLAIMANT PROTECTED |
| REGISTRATION SYSTEMS., | § § | IN THE UNITED STATES CONSTITUTION BUT |
| | § | CAPRICIOUSLY VIOLATED BY |
| | § | THE LIEN DEBTORS AND THEIR |
| Lien Debtors | § | COHORTS SEVERALLY AND |
| (Severally and Jointly Liable) | § § | JOINTLY |
| | § | PROPERTY LOCATION: |
| | § | 13540 SE 159TH PLACE |
| | § | RENTON, WA 98058 |
| | § | LOT 9 OF CEDARWOOD |
| | § | DIVISION VI |
| | § | |

---

STATE OF WASHINGTON
                        }
COUNTY OF KING

I, Barbara Robinson, depose and affirm and state as follows:

1.      That Affiant has firsthand knowledge of the facts testified to herein; and further,

2. That the facts testified to are true, correct, certain, and not misleading; and further,

3. The parties of this Commercial Lien are cited on this page and page 4 attached.

4. All processes are those in which Constitutional and Commercial Rights have been **abridged** and **denied.**

5. Nothing has been provided to Lien Claimants by the Lien Debtors to demonstrate or prove that they are Commercially Bonded to operate **any** Processes which **abridges or denies** any Commercial provision of the United States Constitution.

6. This Commercial Lien is commercially necessary to guarantee the unalienable property rights of lien claimants which the lien debtors have capriciously destroyed and laid waste with disgraceful abandon.

7. The cited Lien Debtors are being liened for a minimum of $100,000,000 (One Hundred Million Dollars) each by each of the Lien Claimants for a total in excess of $200,000,000 (Two Hundred Million Dollars) which was arrived at by using the $10,000 multiplied by 100 and then by Two based on and pursuant to Title 18 USC §241 of the United States Code, for violations of the United States Constitution and Constitutional Rights, including the Seventh Amendment of the Bill of Rights which guarantees a jury trial in all Commercial processes. Additionally, an approximation of Thirty-Five (35) Civil Rights violations, i.e., other Commercial provision of The United States Constitution.

8. This Commercial Lien is intended to notify, through recording, that all real and movable property of the aforementioned can be seized from the cited Lien Debtors and those yet to be named as Lien Debtors.

9. This property is being seized as a pledge that the specifics as requested are adhered to, and to secure a portion of the above cited specifications and obligations as declared, and to apply it as a **bond** on the persons and activities of the "agents" of the fictive entities who have intentionally decided to act incomplete and naked bad faith with unclean hands.

10. This Commercial Lien is **not** a *Lis Pendens* Lien, therefore it may not be removed or dissolved by **any** other parties except the Lien Claimants or a Common Law Jury properly convened and used to settle the claimants' cause.

11. Additionally, those named and unnamed Lien Debtors, which may be

2016-334-7865-9, Attachment 3 of 5

added from time to time, for whatever relevant and just Commercial Agreements, would also be relevant to the aforementioned.

12.    List of Lien Debtors:

**NATIONSTAR MORTGAGE, JAY BRAY, AZTEC FORECLOSURE CORPORATION, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,**

13.    Attested to and respectfully submitted this 9th day of November, 2016

.s/ Barbara Robinson
All Rights Reserved

PAGE 8 OF 10

2016-334-7865-9, Attachment 4 of 5

VERIFIED ATTESTATION

King County              )
                         ) ss:
Washington State         )

I, Barbara Robinson, being first duly sworn, say: I am the claimant so named: I have read the foregoing claim and know the contents thereof: and believe the same to be just and correct.

Subscribed and affirmed/sworn to me.
November 1, 2016

By: _Barbara Robinson_____
     Barbara Robinson, All Rights Reserved

I have hereunto set my hand and seal of office On this ___ Day of __November__ ,2016

Notary Public _Ronda McIntyre_____

RONDA M. MCINTYRE
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
05-16-17

PAGE 9 OF 10

LIEN DEBTORS

**SERVICE LIST**

**NATIONSTAR MORTGAGE**
NMLS# 2119
8950 Cypress Waters Boulevard
Dallas, TX 75019

**JAY BRAY**
8950 Cypress Waters Boulevard
Dallas, TX 75019

**AZTEC FORECLOSURE CORPORATION OF WASHINGTON**
1499 SE Tech Center Place
Suite 255
Vancouver, WA 98683
DIRECT (360) 253-8017

**MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,**
1818 LIBRARY STREET,
SUITE 300
RESTON, VA 20190



U.S. POSTAGE
PAID
RENTON, WA
98058
DEC 31, 16
AMOUNT
**$5.29**
R2304 E106092-03

75019



UNITED STATES
POSTAL SERVICE

1000



CERTIFIED MAIL

7016 1370 0001 7904 6611

13540 SE 154th Place
Renton, Washington 98058



NationStar Mortgage
8950 Cypress Waters Boulevard
Dallas, TX 75019

Leigh