## ATTACHMENT TO CIVIL COVER SHEET

**Defendants:**

Wells Fargo Bank National Association, as Trustee for the Certificate Holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005 WMC2; Mortgage Electronic Registrations Systems, Inc.; Nationstar Mortgage LLC; Bank of America; Jay Bray; Aztec Foreclosure Corporation of Washington


**Attorney for Defendants Wells Fargo Bank National Association, as Trustee for the Certificate Holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005 WMC2; Mortgage Electronic Registrations Systems, Inc.; Nationstar Mortgage LLC, and Jay Bray**

David J. Elkanich
Holland & Knight LLP
111 SW Fifth Avenue
2300 U.S. Bancorp Tower
Portland, Oregon 97204
Telephone:  503.243.2300
Facsimile:  503.241.8014
Email:  serve.dje@hklaw.com


**Attorney for Defendants Bank of America:**

Christopher G. Varallo
Witherspoon Kelley
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Telephone:  509.624.5265
Facsimile:   509.458.2728
Email:  cgv@witherspoonkelley.com


**Attorney for Aztec Foreclosure Corporation of Washington:**

Unknown

#49101899_v1