|   |   |
|---|---|
| BARBARA ROBINSON, | Case No. 2-17-cv-61 |
| Plaintiff, | NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| v. | |
| WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE BANK OF AMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON | |
| Defendants. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TO: PLAINTIFF BARBARA ROBINSON

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the District of Washington at Seattle on January 13, 2016, under United States District Court Case No. 2-17-cv-61.

/ / /

/ / /

/ / /

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT – Case No 2-17-cv-61 – Page 1

**HOLLAND & KNIGHT LLP**
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, Oregon 97204
Telephone: 503.243.2300

#49167357_v1

1  A copy of said Notice of Removal is attached to this Notice, and is served and filed
2  herewith.

3  DATED this 13th day of January, 2017.

HOLLAND & KNIGHT LLP

By: *s/ David J. Elkanich*
    David J. Elkanich, WSBA No. 35956
    Email: david.elkanich@hklaw.com
    Garrett S. Garfield, WSBA No. 48375
    Email: garrett.garfield@hklaw.com
    2300 U.S. Bancorp Tower
    111 SW Fifth Avenue
    Portland, OR 97204
    Telephone: (503) 243-2300
    Facsimile:  (503) 241-8014

*Of Attorneys for Defendants Wells Fargo Bank National Association, As Trustee For The Certificate Holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005 WMC2; Nationstar Mortgage LLC; Mortgage Electronic Registration Systems, Inc.; and Jay Bray*

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT – Case No 2-17-cv-61 – Page 2

**HOLLAND & KNIGHT LLP**
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, Oregon 97204
Telephone: 503.243.2300

#49167357_v1

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT to be served on the following person[s]:

Barbara Robinson
13540 SE 159th Place
Renton, WA 98058
   *Plaintiff*

Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
   *Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and Bank of America, N.A.*

by causing the document to be delivered by the following indicated method or methods:

☐   by CM/ECF electronically mailed notice from the Court on the date set forth below.

☑   by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐   by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐   by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐   by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED January 13, 2017.

*s/ David J. Elkanich*
David J. Elkanich

CERTIFICATE OF SERVICE - Page 1

#49167357_v1