UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE LLC; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON<br><br>　　　　Defendants. | Case No. 2:17-cv-00061<br><br>CORPORATE DISCLOSURES FOR WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2; NATIONSTAR MORTGAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wells Fargo Bank National Association, As Trustee for the Certificate Holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates Series 2005 WMC2 ("Wells Fargo"), makes the following disclosure: Wells Fargo & Company is the parent company of Wells Fargo Bank, N.A. Wells Fargo & Company is the indirect owner of 100% of Wells Fargo Bank, N.A.'s stock.

CORPORATE DISCLOSURES – Case No. 2:17-CV-00061 – Page 1

**HOLLAND & KNIGHT LLP**
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, Oregon 97204
Telephone: 503.243.2300

#49310235_v1

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nationstar Mortgage LLC ("Nationstar"), makes the following disclosure:  Nationstar Mortgage LLC ("Nationstar") is an indirect, wholly-owned subsidiary of a publicly-traded company, Nationstar Mortgage Holdings Inc. ("NSM Holdings"), a Delaware corporation.  Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%).  Both Sub1 and Sub2 are Delaware limited liability companies.  Sub1 and Sub2 are both 100% owned by NSM Holdings. The stock of NSM Holdings is owned approximately 64% by FIF HE Holdings LLC, a Delaware limited liability company, and approximately 36% by public stockholders.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") makes the following disclosure:  Mortgage Electronic Registration Systems, Inc. is a wholly-owned subsidiary of MERSCORP Holdings, Inc.  MERSCORP Holdings, Inc. is owned by Maroon Holding, LLC.  Intercontinental Exchange, Inc. is the only publicly-held corporation that individually owns 10% or more of Maroon Holding, LLC.

DATED this 24th day of January, 2017.

HOLLAND & KNIGHT LLP

By: *s/ David J. Elkanich*
David J. Elkanich, WSBA No. 35956
Email: david.elkanich@hklaw.com
Garrett S. Garfield, WSBA No. 48375
Email: garrett.garfield@hklaw.com
*Of Attorneys for Defendants Wells Fargo Bank National Association, As Trustee For The Certificate Holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005 WMC2; Nationstar Mortgage LLC; Mortgage Electronic Registration Systems, Inc.; and Jay Bray*

CORPORATE DISCLOSURES – Case No. 2:17-CV-00061 – Page  2

**HOLLAND & KNIGHT LLP**
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, Oregon  97204
Telephone: 503.243.2300

#49310235_v1

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing CORPORATE DISCLOSURES FOR WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2; NATIONSTAR MORTGAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. to be served on the following person[s]:

Barbara Robinson
13540 SE 159th Place
Renton, WA 98058
    *Plaintiff*

Christopher G. Varallo
Steven J. Dixson
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
    *Attorneys for Defendants Mortgage Electronic Registration Systems, Inc., and Bank of America, N.A.*

by causing the document to be delivered by the following indicated method or methods:

☒     by CM/ECF electronically mailed notice from the Court on the date set forth below.

☒     by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐     by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐     by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐     by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED January 24, 2017.

                              *s/ David J. Elkanich*
                              David J. Elkanich

CERTIFICATE OF SERVICE - Page 1

**HOLLAND & KNIGHT LLP**
111 S.W. Fifth Avenue
2300 U.S. Bancorp Tower
Portland, Oregon 97204
Telephone: 503.243.2300

#49310235_v1