UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Robinson, Barbara Ann<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE BANK OF AMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON<br><br>Defendant. | **CASE NO.: 2:17-CV-00061-JLR**<br><br>MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)<br><br>**JURY TRIAL DEMANDED** |

I, Robinson, Barbara comes before the court by Special Appearance and Special Deposit without waiving any Equitable or Legal Rights, Remedies or Defenses, Statutory or Procedural as the Donor-Grantor-Beneficiary of the Deed of Trust, doing business as BARBARA ROBINSON and alleges that there is no Plain, Speedy or Adequate Remedy at law and that these proceedings are counter to equity and that this proceeding could irreparably damage rights to title, land, property and interest on a Private Trust now established by Special Deposit before this court. Because Courts of Special Equity have exclusive jurisdiction over Private Trusts and Special Deposits, I hereby and herein invoke a Court of Special Equity by Special Deposit from which relief may be granted by Motion or Application for leave and Amend complaint pursuant to FED R. CIV. P 15(a)(2). This Motion or Application is being made on the following grounds and is supported by the attached Declaration in support thereof:

1. Plaintiff has no Plain, Speedy or Adequate Remedy at Law and orders these proceeding in a Court of of Special equity.

2. Plaintiff has not filed or made any previous Motions for a leave and amendment to complaint.

3. Plaintiff is attempting a stipulation from the opposing counsel but has received no response.

4. Neither Plaintiff or Defendants will be prejudiced by this amendment if granted by this Court of Special Equity.

5. The interests of justice are best served by this amendment.

6. This case involves a thresh hold issue as to Defendant's standing as a Real Party In Interest under Article 3 § 2 of the National Constitution that needs to be addressed by this Court of Special Equity Sua Sponte.

7. That the Defendants motions are counter to equity and that to order in their favor could irreparably damage by trespass, Plaintiff's Unalienable right to Equitable and Legal title to land, property and interest on a Private Trust now established by Special Deposit and because Courts of Special Equity have exclusive jurisdiction over Private Trusts by Special Deposit.

8. That Plaintiff has requested Documents that will establish this trespass but may not be available until the end of the month of February.

9. That this Motion for an amendment is not being made for the purposes of delay or hinderous but to further the interests of justice.

**Respectfully Submitted by Special Deposit,**

2/1/2017
Date

By: *[signature]*
Signature, All Rights Reserved

*Barbara Robinson*
Type or Print Your Name (Plaintiff)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Robinson, Barbara Ann<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2;MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;NATIONSTAR MORTGAGE BANK OFAMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON<br><br>　　　　Defendant. | **CASE NO.: 2:17-CV-00061-JLR**<br><br>**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)**<br><br>**JURY TRIAL DEMANDED** |

　　　I, Robinson, Barbara Ann makes this Declaration in support of Her Motion for Leave to Amend Complaint Pursuant to Federal Rules of Civil Procedure 15(a)(2) and involves the following Maxims of Equity in support of Her Motion for Leave to Amend Complaint.

　　　1. Plaintiff is of sound mind and over the age of 18 and competent to testify to the following facts;

　　　2. Plaintiff has no Plain, Speedy or Adequate Remedy at Law and orders and invokes these proceeding as a Court of Special equity by a Special Deposit of this Motion Leave to Amend Complaint,

　　　3. Plaintiff has not filed or made any previous Application or Motions for Leave to Amend Complaint,

　　　4. Plaintiff has attempted a stipulation from the opposing counsel but has received no response,

6. That the interests of justice are best served by an amendment to the complaint.

7. This case involves a thresh hold issue as to Defendant's standing as a Real Party In Interest under Article 3 § 2 of the National Constitution that needs to be addressed by this Court of Special Equity Sua Sponte.

8. That Equity looks upon that as done which ought to have been done.

9. That Equity suffers no right to be without a remedy.

10. That Equity regards substance rather than form.

11. That Where the equities are equal, the first in time will prevail.

12. That Where equities are equal, the law will prevail.

13. That He who seeks equity must do equity.

14. That He who seeks equity must have clean hands.

15. That Equity aids the vigilant, not those who sleep on their rights.

16. That Equity will not concern itself with abstract wrongs.

17. That Equity abhors a forfeiture.

18. That Equity does not require an idle gesture.

19. That Equity will not permit a party to profit by his own wrong.

20. That Equity delights to do justice, and not by halves.

21. That Equity will take jurisdiction to avoid a multiplicity of suits.

22. That Equity acts with In Personam.

**Respectfully Submitted by Special Deposit,**

2/1/2017                By: *Barbara Robinson*
Date                    Robinson, Barbara Signature, All Rights Reserved

*Barbara Robinson*
Type or Print Your Name (Plaintiff)

## VERIFICATION AND CERTIFICATION

I declare under the laws of the United States of America that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

2/1/2017
**Date**

By: *Barbara Robinson*
**Signature, All Rights Reserved**

*Barbara Robinson*
**Type or Print Your Name (Plaintiff)**

## CERTIFICATION OF SERVICE

I certify that I served a copy of this amended complaint and any accompanying pages by mailing it to the persons below by regular and certified mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

## SERVICE LIST

To:   United States District Court Clerk's Office
      700 Stewart street
      Room 2310
      Seattle, Washington 98101

CC:   Christopher G. Varallo, WSBA No. 29410
      422 W. Riverside Avenue
      Suite 1100
      Spokane, WA 99201-0300

CC:   HOLLAND & KNIGHT LLP
      Garrett S. Garfield WSBA No. 48375
      David J. Elkanich WSBA No. 35956
      2300 U.S. Bancorp Tower
      111 SW Fifth Avenue
      Portland, OR 97204

Barbara Robinson
13540 SE 154th Place
Renton, Washington 98058

US POSTAGE PAID
$6.65

PRIORITY MAIL ®1-Day

Origin: 98058
Destination: 98101
1 Lb 13.60 Oz
Feb 02, 17
1470730266-03

Expected Delivery Day: 02/03/2017

C028

USPS TRACKING NUMBER

9505 5134 9783 7033 0690 07

United States District Court
Clerk's Office
700 Stewart Street
Room 230
Seattle, Washington 98101



FEB 03 2017



PRIORITY MAIL
TRACKED INSURED
For Domestic Use Only
Label 107R, July 2013