1

2

3

4

5

6

7

8

9

10

11

12



FEB 17 2017

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

13  ROBINSON, BARBARA,                          Case No.:  2:17-CV-00061-JLR

14                              Plaintiff

15   vs.                                        ORDER DISMISSING ALL
                                                DEFENDANTS MOTIONS FOR
16  WELLS FARGO BANK                            DISMISSAL IN THE FORM OF AN
    NATIONAL ASSOCIATION, AS                    AFFIDAVIT WITH
17  TRUSTEE FOR THE                             INTERROGATORIES
    CERTIFICATE HOLDERS OF THE
18  MLMI TRUST, MORTGAGE
    LOAN ASSET-BACKED
19  CERTIFICATES, SERIES 2005
    WMC2;MORTGAGE
20  ELECTRONIC REGISTRATION
    SYSTEMS, INC.;NATIONSTAR
21  MORTGAGE BANK OFAMERICA;
    JAY BRAY; AZTEC
22  FORECLOSURE CORPORATION
23  OF WASHINGTON, et al

24

25                              Defendants

26

27  I, Robinson, Barbara comes before the court by Special Appearance and Special Deposit without

28  waiving any Equitable or Legal Rights, Remedies or Defenses, Statutory or Procedural as the

Donor-Grantor-Beneficiary of the Deed of Trust, doing business as BARBARA ROBINSON and

1  alleges that there is no Plain, Speedy or Adequate Remedy at law and that these proceedings are

2  counter to equity and that this proceeding could irreparably damage rights to title, land, property

3  and interest on a Private Trust now established by Special Deposit before this court. Because

4

5  Courts of Special Equity have exclusive jurisdiction over Private Trusts and Special Deposits, I

6  hereby and herein invoke a Court of Special Equity by Special Deposit from which relief may be

7  granted. I Robinson, Barbara, (hereinafter The Court) hereby states the facts and objection &

8  dismissal to said motions & memorandums for all opposing counsel/ and defendants. (Motion for

9  dismissal). These people are coming at me with Unclean hands. They're claiming a right to

10

11  something they don't have a right to.

12  Under the TRUTH IN LENDERS ACT 15 U.S.C section 1601 it states that the Lender is to

13  Disclose the Terms of the Mortgage to the home owner at the time the loan was made. TILA is

14  designed to give the home owners an accurate explanation of the cost of the loan. TILA also

15  states the Lender have a list of deadlines for cancellations on the notice of the right to cancel.

16

17  18 U.S 47 FALSE Information SECTION: 1005. Bank entries, reports and transactions. 1011.

18  Federal land bank mortgage transactions. 1012. Department of Housing and Urban Development

19  transactions. 1013. Farm loan bonds and credit bank debentures. 1014. Loan and credit

20  applications generally; renewals and discounts; crop insurance. 1016. Acknowledgment of

21  appearance or oath.

22

23

24                                        Respectfully Submitted By Special Deposit,

25  *Barbara Robinsin*
    Mrs. Barbara Robinson

26

27

28

1

## Interrogatories pursuant Rule 33 FRCP

2

Where is the Original DEED and Promissory Note? Who signed the Loan Check? Where is the

3

Disclosure? How can my home be in Foreclosure without Original documents?   Who authorized

4

for my mortgage to be sold to Well Fargo Bank?  Is my Mortgage pooled together? Is the Interest

5

in the pool being sold as a Security Investment?  Are the pool of Loans being held in a Trust for

6

the Investors, by a Trustee? Is the Plaintiff the Trustee? Is the Plaintiff a Third Party Beneficiary

7

to the Loan? Why does WELLS FARGO BANK have to pay $185 Million in penalties for fraud

8

against it's customers? How can an electronic REGISTRATION put my Property in Foreclosure?

9

Where is the valid Contract? These are the questions I require to have answered and require the

10

proper documentation within 21 days.

11

12

13

**Truth is Expressed in the Form of an Affidavit, & An Un-rebutted Affidavit stands**

14

**as Truth in the Matter.**

15

16                                                    Respectfully Submitted By Special Deposit,

17

18                                                    *Barbara Robinson*

19                                                    Mrs. Barbara Robinson

20

21

22

23

24

25

26

27

28

1

## CERTIFICATION OF SERVICE

2

3

I, Robinson, Barbara Ann comes with this, ORDER DISMISSING ALL DEFENDANTS

4   MOTIONS FOR DISMISSAL IN THE FORM OF AN AFFIDAVIT WITH

5   INTERROGATORIES via USPS First Class Mail.

**DATED: FEBRUARY 15, 2017**

6

7                                         *Barbara Robinson*
                                          **ROBINSON, BARBARA ANN**

8

9   **SERVICE LIST**

10  To:    United States District Court Clerk's Office
           700 Stewart street
11         Room 2310
           Seattle, Washington 98101
12

13  CC:  Christopher G. Varallo, WSBA No. 29410
          422 W. Riverside Avenue
14        Suite 1100
          Spokane, WA 99201-0300
15

16  CC:  HOLLAND & KNIGHT LLP
          Garrett S. Garfield WSBA No. 48375
17        David J. Elkanich WSBA No. 35956
          2300 U.S. Bancorp Tower
18        111 SW Fifth Avenue
19        Portland, OR 97204

20

21

22

23

24

25

26

27

28

Barbara Robinson
c/o 13540 SE 159th Place
Renton, Washington [98058]



PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE®

For Domestic Use Only

TRACKED
★★★
INSURED

Label 107R, July 2013

United States District Court Clerk's
700 Stewart Street
Room 2310
Seattle, Washington 98101



USPS TRACKING NUMBER

Expected Delivery Day: 02/17/2017



UNITED STATES
POSTAL SERVICE®

1005



98101