UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBINSON, BARBARA,<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2;MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;NATIONSTAR MORTGAGE BANK OFAMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON, et al<br><br>　　　　　　　Defendants | Case No.: 2:17-CV-00061-JLR<br><br><br><br>NOTICE OF APPOINTMENT OF FIDUCIARY<br><br>Power of Appointment Act of 1951 [26 U.S. CODE § 2041] Pub. L. 94-455, Title XX § 2009(b)(4)(A), Oct, 4, 1976, 90 Stat. 1894 |

I, Robinson, Barbara am writing by Special Appearance and Special Deposit without waiving any Equitable or Legal Rights, Remedies or Defenses Statutory or Procedural as the Donor-Grantor-Beneficiary of the Deed of Trust, and Security doing business as BARBARA ANN

ROBINSON. I, Robinson, Barbara, "Beneficial Owner," hereby nominate and do appoint Christopher G. Varallo, WSBA No. 29410, Garrett S. Garfield WSBA No. 48375, and David J. Elkanich WSBA No. 35956, as being qualified to fulfill the position of "Fiduciary Creditor" and "FIDUCIARY DEBTOR" for Loan Accounts: 0609972989, and 11129867. The same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution, or cancellation, within the venue as ordained and established by the People of The United States of America, through their original Organic Constitution of The United States. I am hereby ordering you to pay the tax to the Internal Revenue Service using my exemption # 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 for post settlement and closure of these accounts. **The donor may be deemed to have paid the tax by ordering the donee to pay it to the IRS. Estate of Sachs v. Comm'r, 88 T.C. 769, 778 (1987), aff'd, F.2d (1988 WL 94421) (1988)**

Whereas, said Fiduciary Creditor's responsibilities are to exercise scrupulous good faith and candor toward, and for the benefit and on behalf of Robinson, Barbara, "Beneficial Owner", the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, or other important papers, is to appear and discharge, settle and close all matters material to above referred DEBTOR in all-capital-letter-assemblages; the same shall be by order of Robinson, Barbara "Beneficial Owner," or other delegated appointee of Robinson, Barbara, "Beneficial Owner," including assignments for or on behalf of the principal DEBTOR, BARBARA ANN ROBINSON, including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

| | |
|---|---|
| 1 | Fiduciary Creditors, Christopher G. Varallo, WSBA No. 29410, Garrett S. Garfield WSBA No. |
| 2 | 48375, and David J. Elkanich WSBA No. 35956, are hereby authorized to use the private |
| 3 | exemption of Robinson, Barbara D/B/A BARBARA ANN ROBINSON, 587868868, for the |
| 4 | |
| 5 | adjustment set-off, and recoupment of all presentments, with regard to the Account Number 587- |
| 6 | 86-8868. Christopher G. Varallo, WSBA No. 29410, Garrett S. Garfield WSBA No. 48375, and |
| 7 | David J. Elkanich WSBA No. 35956, are to issue the appropriate IRS 1099A, 1099 OID, 8281, |
| 8 | 8811, 1096, 1098, and 8300 forms, and to be in compliance with all revenue requirements in this |
| 9 | matter timely. |
| 10 | |
| 11 | |
| 12 | I, Robinson, Barbara "Beneficial Owner," asseverate that the facts enumerated herein are set |
| 13 | forth in good faith with clean hands and that the same are true, correct, complete, and not |
| 14 | misleading. Fiduciaries have my authorization to make any and all changes necessary to bring |
| 15 | this document into complete and lawful compliance. |
| 16 | |
| 17 | |
| 18 | **11 American Jurisprudence 2D Bills and Notes § 39 Writing and other formal requirements.** |
| 19 | **Only a writing may constitute a negotiable instrument. The terms "written" or "writing" include** |
| 20 | **printing, typewriting or any other intentional reduction to tangible form.** |
| 21 | **Equitable Trust Co. of New York v. Taylor** 146 A.D. 424, 131 N.Y.S. 475 (2d Dep't 1911) |
| 22 | |
| 23 | |
| 24 | |
| 25 | Respectfully Submitted By Special Deposit, |
| 26 | |
| 27 | *Barbara Robinson* |
| 28 | Mrs. Barbara Robinson |

## CERTIFICATION OF SERVICE

I, Robinson, Barbara Ann comes with this, NOTICE OF APPOINTMENT OF FIDUCIARY via USPS First Class Mail.

**DATED: FEBRUARY 15, 2017**

*/s/ Barbara Robinson*
**ROBINSON, BARBARA ANN**

**SERVICE LIST**

To:  United States District Court Clerk's Office
     700 Stewart street
     Room 2310
     Seattle, Washington 98101

CC:  Christopher G. Varallo, WSBA No. 29410
     422 W. Riverside Avenue
     Suite 1100
     Spokane, WA 99201-0300

CC:  HOLLAND & KNIGHT LLP
     Garrett S. Garfield WSBA No. 48375
     David J. Elkanich WSBA No. 35956
     2300 U.S. Bancorp Tower
     111 SW Fifth Avenue
     Portland, OR 97204