```
                    _____FILED
                    _____LODGED   MAIL
                    _____RECEIVED

                       FEB 17 2017

                         AT SEATTLE
                  CLERK U.S. DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
               BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBINSON, BARBARA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Defendants<br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE BANK OFAMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATIONOF WASHINGTON, et al<br>　　　　Defendants. | Case No. 2:17-CV-00061-JLR<br><br>PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULES OF EVIDENCE RULE 201<br><br>[Filed concurrently with Order Dismissing all Defendants Motions for Dismissal in the Form of an Affidavit with Interrogatories, Motion for Leave to Amend Complaint, and Complaint for FDCPA Violations, Emergency Injunctive and Declaratory Relief to Stay Foreclosure Sale] |

In support of her Motion for Leave to Amend Complaint, and Complaint for FDCPA Violations, Emergency Injunctive and Declaratory Relief to Stay Foreclosure Sale under Federal Rules of

Evidence Rule 201 (Rule 201), Robinson, Barbara hereinafter "Plaintiff" requests that the court take judicial notice of the following decisions, documents, papers and records pursuant to Rule 201.

Under Rule 201, facts appropriate for judicial notice are those "not subject to reasonable dispute in that either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rules of Evidence 201(b). The Court may take judicial notice of its own records and records of other court cases.

**LIST OF EXHIBITS:**

A – Credit report from Credit Karma.

B – Validation Letter 1.

C – Response and Statements from NationStar.

D – UCC Presentment.

E – USC Validation.

F – Validation Letter 2.

G – Credit Report from Credit Karma

H – FDCPA $1,000 Fine.

I – CFPB Bulletin.

J – UCC Negotiable Instrument

K- Response from WELLS FARGO

L- MERS Non-Disclosure

M- Notice of Special Deposit

N- Notice of Default, Adverse Claim and Injunction

O- 1099 A and OID 2016 and 2017

P- Security Agreement

Q- Mailings to Aztec Foreclosure

R- Notice of Trustees Sale

Dated **February 15, 2017**

*Barbara Robinson*
Barbara Robinson Title: Plaintiff