UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA ROBINSON,<br><br>        Plaintiff,<br>   v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, et al.,<br><br>        Defendants. | CASE NO. C17-0061JLR<br><br>ORDER |

On February 17, 2017, Plaintiff Barbara Robinson filed "Exhibits A-R." (Exh. (Dkt. # 17.) Exhibits A-R contain personal data identifiers. (*See id.*) The court's Local Rules require parties to "refrain from including, or . . . [to] partially redact where inclusion is necessary" certain personal data identifiers from "all documents filed with the court." *See* Local Rules W.D. Wash. LCR 5.2(a). Under Local Rule LCR 5.2(a), parties must redact the following personal data identifiers:

    (1)    Dates of Birth—redact to the year of birth
    (2)    Names of Minor Children—redact to the initials

ORDER - 1

1       (3)   Social Security Numbers and Taxpayer-Identification Numbers—redact in their entirety
2       (4)   Financial Accounting Information—redact to the last four digits
3       (5)   Passport Numbers and Driver License Numbers—redact in their entirety

*Id.* Ms. Robinson failed to redact certain personal data identifiers from Exhibits A-R. (*See generally* Exh.) As a result, the Clerk properly placed Exhibits A-R under seal. (*See* Dkt. # 17 (noting that the document "[c]ontains personal identifiers").)

      Accordingly, the court DIRECTS the Clerk to maintain Exhibits A-R under seal so that the personal data identifiers contained therein are protected. In addition, the court ORDERS Ms. Robinson to re-file Exhibits A-R in the exact form in which she previously submitted them, except with all personal data identifiers listed above redacted as the court's Local Rules require. The court further ORDERS Ms. Robinson to file the redacted version of Exhibits A-R within seven (7) days of the filing date of this order.

      Dated this 7th day of March, 2017.

JAMES L. ROBART
United States District Judge