UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA ROBINSON, | CASE NO. C17-0061JLR |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND COMPLAINT AND DENYING MOTION TO DISMISS AS MOOT |
| v. | |
| WELLS FARGO BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

## I.   INTRODUCTION

Before the court are: (1) Defendant Bank of America's ("BOA") motion to dismiss for failure to state a claim (1st MTD (Dkt. # 7)); and (2) Plaintiff Barbara Robinson's motion to amend her complaint (MTA (Dkt. # 13)).  No party has filed an opposition to Ms. Robinson's motion (*see generally* Dkt.), and the time for doing so has now expired, *see* Local Rules W.D. Wash. LCR 7(d)(3).  Defendants Wells Fargo Bank National Association, As Trustee for the Certificate Holders of the MLMI Trust,

ORDER - 1

1  Mortgage Loan Asset-Backed Certificate Series 2005 WMC2 ("Wells Fargo"), Mortgage

2  Electronic Registration Systems ("MERS"), Nationstar Mortgage LLC ("Nationstar"),

3  and Jay Bray state that they do not object to Ms. Robinson's amended complaint.  (*See* 2d

4  MTD (Dkt. # 19) at 2).  Accordingly, the court GRANTS Ms. Robinson's motion.  As a

5  result, BOA's motion to dismiss Ms. Robinson's original complaint is now moot, and the

6  court DENIES BOA's motion on that ground.

## II.    BACKGROUND & ANALYSIS

On January 13, 2017, Wells Fargo, Nationstar, MERS, and Mr. Bray removed this action from King County Superior Court to federal court.  (Notice of Rem. (Dkt. # 1).)  On January 20, 2017, BOA filed a motion to dismiss Ms. Robinson's complaint.  (*See* 1st MTD.)  On February 3, 2017, Ms. Robinson filed a motion to amend her complaint.  (*See* MTA.)  On March 30, Wells Fargo, MERS, Nationstar, and Mr. Bray filed a second motion to dismiss Ms. Robinson's proposed amended complaint.  (*See* 2d MTD.)  In their motion, Wells Fargo, MERS, Nationstar and Mr. Bray state that they do not object to Ms. Robinson's amended complaint.  (*Id.* at 2.)

Federal Rule of Civil Procedure 15(a) provides, in pertinent part, that "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a [required] responsive pleading or 21 days after service of a motion under Rule 12(b) . . . whichever is earlier."  Fed. R. Civ. P. 15(a)(1)(B).  Ms. Robinson filed her motion to amend her complaint within 21 days of BOA's motion to dismiss.  (*See* 1st MTD; MTA.)  Accordingly, Ms. Robinson may amend her complaint "as a matter of course" this one time, and the court, therefore, grants her motion to amend.

1   Ms. Robinson's amended complaint (Dkt. ## 13-1, 13-2) is now the operative

2 complaint in this proceeding and supersedes Ms. Robinson's original complaint. *See*

3 *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc) (recognizing "the

4 general rule . . . that an amended complaint supercedes [sic] the original complaint and

5 renders it without legal effect"). Because Ms. Robinson's original complaint no longer

6 has any legal effect, BOA's motion to dismiss that complaint is moot. Accordingly, the

7 court denies BOA's motion on that ground.

8   Presently pending is a second motion to dismiss by Wells Fargo, MERS,

9 Nationstar, and Mr. Bray. (*See* 2d MTD.) The noting date for the second motion is April

10 21, 2017. (*See id.* at 1.) The court directs Ms. Robinson to file her response to the

11 second motion to dismiss no later than Monday, April 17, 2017. *See* Local Rules W.D.

12 Wash. 7(d)(3) ("Any opposition papers shall be filed and served not later than the

13 Monday before the noting date."). Although Ms. Robinson may seek leave to further

14 amend her complaint in her response to the second motion to dismiss, the court will

15 decline to entertain any further motions to amend the complaint until after the court

16 resolves the pending second motion to dismiss.

17        **III. CONCLUSION**

18   Based on the foregoing analysis, the court GRANTS Ms. Robinson's motion to

19 amend her complaint (Dkt. # 13). Ms. Robinson's amended complaint (Dkt. ## 13-1,

20 13-2) is now the operative complaint in this proceeding. Accordingly, the court DENIES

21 BOA's motion to dismiss Ms. Robinson's original complaint as moot (Dkt. # 7). The

22

court further DIRECTS Ms. Robinson to file her response, if any, to the second motion to dismiss no later than Monday, April 17, 2017.

Dated this 3rd day of April, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge