

Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| Robinson, Barbara Ann | CASE NO. 2:17-CV-00061-JLR |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION IN SUPPORT OF NOTICE OF MOTION TO INTERVENE AND ORDER DISMISSING ALL DEFENDANTS MOTIONS FOR DISMISSAL FOR LACK OF STANDING |
| WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2;MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;NATIONSTAR MORTGAGE BANK OF AMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON | |
| Defendants | |

1. Robinson, Barbara Ann makes this Declaration in support of her Motion for a dismissal of Defendant's Motion for Dismissal and involves the following Maxims of Equity in support of Plaintiff's Motion for Dismissal.

2. Robinson, Barbara Ann, referred to as (the "One"), Affiant, a sentient live being, a third-party intervener, occupant of the general executrix office and beneficial owner of the legal estate of BARBARA ANN ROBINSON. Estate, a.k.a. the Legal Person known as BARBARA ANN ROBINSON, the Plaintiff, moving sui juris on the land.

3. One believes that Washington State Statute **RCW 61.24** is in violation of the Tenth Amendment, See Bond vs. United States, 564 U.S. (2011) on appeal (see Exhibit A) One is of the opinion that all Statutory Regulations (State Statutes) are in violation of my common law and natural law rights.

4. Affiant is of sound mind and over the age of 18 and competent to testify to the following facts;

5. Affiant has no Plain, Speedy or Adequate Remedy at Law and orders these proceedings in a Court of Special equity;

6. The interests of justice are best served by a continuance;

7. That Equity looks upon that as done which ought to have been done;

8. That Equity suffers no right to be without a remedy;

9. That Equity regards substance rather than form;

10. That Where the equities are equal, the first in time will prevail;

11. That Where equities are equal, the law will prevail;

12. That He who seeks equity must do equity;

13. That He who seeks equity must have clean hands;

14. That Equity aids the vigilant, not those who sleep on their rights;

15. That Equity will not concern itself with abstract wrongs;

16. That Equity abhors a forfeiture;

17. That Equity does not require an idle gesture;

18. That Equity will not permit a party to profit by his own wrong;

19. That Equity delights to do justice, and not by halves;

20. That Equity will take jurisdiction to avoid a multiplicity of suits;

21. That Equity acts with In Personam;

I declare under penalty of perjury under the laws of the united states of america that the foregoing is true and correct.

**Respectfully Submitted by Special Deposit,**

April 15, 2017      By: *Barbara Robinson*
Date                     Robinson, Barbara Signature, All Rights Reserved


*Barbara Robinson*
Type or Print Your Name (Plaintiff)