Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 West Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:   (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com

*Attorneys for Defendant Bank of America, N.A.*

Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BARBARA ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005 WMC2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONSTAR MORTGAGE; BANK OF AMERICA; JAY BRAY; AZTEC FORECLOSURE CORPORATION OF WASHINGTON,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00061-JLR<br><br>BANK OF AMERICA'S RESPONSE IN OPPOSITION TO NOTICE OF MOTION TO INTERVENE AND ORDER DISMISSING ALL DEFENDANTS MOTIONS FOR DISMISSAL FOR LACK OF STANDING, NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE<br><br>**NOTED ON MOTION CALENDAR:**<br>May 12, 2017 |

Defendant Bank of America, N.A., incorrectly sued as "Bank of America" ("BANA"), by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure and Western District of Washington Local Civil Rules, hereby submits its Response in Opposition

BANK OF AMERICA'S RESPONSE IN OPPOSITION TO NOTICE OF MOTION TO INTERVENE AND ORDER DISMISSING ALL DEFENDANTS MOTIONS FOR DISMISSAL - 1
Case No.:  2:17-cv-00061-JLR
S1543712.DOCX

WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.272

to the "Notice of Motion to Intervene and Order Dismissing All Defendants [*sic*] Motions for Dismissal for Lack of Standing, Notice of Constitutional Challenge to Statute" submitted by Plaintiff Barbara Robinson ("Plaintiff") and electronically filed on April 19, 2017, at ECF Document Nos. 24, 24-1 and 25 (the "Notice").

To the extent Plaintiff's Notice merits a response, BANA hereby incorporates the Opposition to the Notice ("Opposition") that was electronically filed as ECF Document No. 26 on May 4, 2017, by Co-Defendants Wells Fargo Bank National Association, as Trustee for the Certificate Holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates Series 2005 WMC2 ("Wells Fargo"), Mortgage Electronic Registration Systems ("MERS"), Nationstar Mortgage LLC ("Nationstar") and Jay Bray ("Bray," together with Wells Fargo, MERS and Nationstar, "Co-Defendants"), as though the arguments set forth by Co-Defendants in their Opposition were repeated at length herein.

Specifically, as will be discussed further in BANA's Reply in Support of its Motion to Dismiss, which will be filed on or before the May 12, 2017 noting and due date: (1) Plaintiff has not stated, and as a matter of law, cannot state any valid claim to relief against BANA, *see generally* ECF Nos. 22, 23 & 23-1; (2) the Deeds of Trust Act is not an unconstitutional bill of attainder, and the Attorney General need not intervene in order for the Court to so find, *see* Doc. 26 at 2-4; (2) counsel for BANA is properly admitted to practice in the State of Washington and the United States District Court for the District of Washington, *cf. id.* at 4 (refuting Plaintiff's argument to the contrary about counsel for Codefendants); (3) BANA's Motion to Dismiss is properly based on sound legal and factual arguments, not the statements of counsel in the required declaration in support submitted therewith, *cf. id.* (rebutting Plaintiff's argument concerning similar Declaration of counsel for Co-Defendants).

BANK OF AMERICA'S RESPONSE IN OPPOSITION TO NOTICE OF MOTION TO INTERVENE AND ORDER DISMISSING ALL DEFENDANTS MOTIONS FOR DISMISSAL - 2
Case No.: 2:17-cv-00061-JLR
S1543712.DOCX

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.272

1
2
3
4
5
6

      Therefore, for reasons to be more fully explained in BANA's forthcoming Reply in Support of Motion to Dismiss, there is no valid basis for Plaintiff's Notice and Motion to Intervene and Order Dismissing All Defendants' Motions for Dismissal for Lack of Standing, and the Court should reject both in their entirety.

      Respectfully submitted this 8th day of May, 2017.

WITHERSPOON · KELLEY

*s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone:  (509) 624-5265
Fax:  (509) 458-2717
*Attorneys for Defendant Bank of America, N.A.*

---

BANK OF AMERICA'S RESPONSE IN OPPOSITION TO NOTICE OF MOTION TO INTERVENE AND ORDER DISMISSING ALL DEFENDANTS MOTIONS FOR DISMISSAL - 3
Case No.:  2:17-cv-00061-JLR
S1543712.DOCX



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.272

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2017,

1. I caused to be electronically filed the foregoing BANK OF AMERICA'S RESPONSE IN OPPOSITION TO NOTICE OF MOTION TO INTERVENE AND ORDER DISMISSING ALL DEFENDANTS MOTIONS FOR DISMISSAL FOR LACK OF STANDING, NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**David John Elkanich**
**serve.dje@hklaw.com**; **jennifer.kilbourn@hklaw.com**
**pamela.sullivan@hklaw.com**

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing BANK OF AMERICA'S RESPONSE IN OPPOSITION TO NOTICE OF MOTION TO INTERVENE AND ORDER DISMISSING ALL DEFENDANTS MOTIONS FOR DISMISSAL FOR LACK OF STANDING, NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE to the following non-CM/ECF participants at the address listed below:

**Barbara Robinson**
**13540 SE 159th Pl.**
**Renton, WA 98058**

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below: **None**.

*s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410

BANK OF AMERICA'S RESPONSE IN OPPOSITION TO NOTICE OF MOTION TO INTERVENE AND ORDER DISMISSING ALL DEFENDANTS MOTIONS FOR DISMISSAL - 4
Case No.: 2:17-cv-00061-JLR
S1543712.DOCX



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.272