# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BARBARA ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK NATIONAL ASSOCIATION, et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C17-0061JLR |

\_\_\_  **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff Barbara Robinson's amended complaint is DISMISSED with prejudice and without leave to amend.  (*See* Order (Dkt. # 29).)

Filed this 30th day of May, 2017.

        WILLIAM M. MCCOOL
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk